Theodore Weinshank, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 33,122.

Opinion filed March 26, 1929.

Loucks, Eckert & Peterson, for appellant. Maurice T. Weinshenk, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

S. G. Geiger, appellee, v. Marquardt Motor Co., appellant. Gen. No. 33,131.

Opinion filed March 26, 1929.

Erwin J. Hasten, for appellant; B. M. Shaffner, of counsel. Otto Baer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Joseph Mathy, appellee, v. Louis Pfau et al., defendants. Rovnost Homestead Association, appellant. Gen. No. 33,018.

Opinion filed March 26, 1929. Rehearing denied April 9, 1929.

Charles A. Churan, for appellant. Ewart Harris, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Teller Corporation, appellee, v. L. J. Leon Manufacturing Company, appellant. Gen. No. 33,070.

Opinion filed March 26, 1929.

Maximilian J. St. George, for appellant. Charles E. McGuire, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Jim di Rosa, appellee, v. Isom Smith, appellant. Gen. No. 33,088.

Opinion filed March 26, 1929.

Walter M. Farmer, for appellant. C. Helmer Johnson and Bernard P. Barasa, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.